■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent v HAMEEN HAASAN, Also Known as PHILLIP FRAZIER LIGHTBODY, Appellant. — Judgment of the Supreme Court, Queens County (Dubin, J.), rendered January 8, 1981, affirmed (see, e.g., *People v Barnes,* 50 NY2d 375). Titone, J. P., Mangano, Gibbons and Brown, JJ., concur.